# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CITY OF ANN ARBOR EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br>  vs.<br><br>MONEYGRAM INTERNATIONAL, INC., PHILIP W. MILNE, DAVID J. PARRIN and ANTHONY P. RYAN,<br><br>  Defendants. | Civ. No. 08-883 (DSD/JJG) |
| EDWARD J. GOODMAN LIFE INCOME TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br>  vs.<br><br>MONEYGRAM INTERNATIONAL, INC., PHILIP W. MILNE, DAVID J. PARRIN, ANTHONY P. RYAN, JEAN C. BENSON, WILLIAM J. PUTNEY, DOUGLAS L. ROCK, MONTE E. FORD, DONALD B. KIERNAN, ROBERT C. KRUEGER, OTHON RUIZ MONTEMAYOR and ALBERT M. TEPLIN,<br><br>  Defendants. | Civ. No. 08-959 (DSD/JJG) |

| | |
|---|---|
| MANZOOR HUSSAIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MONEYGRAM INTERNATIONAL, INC., PHILIP W. MILNE, DAVID J. PARRIN and ANTHONY P. RYAN,<br><br>Defendants. | Civ. No. 08-1026 (DSD/JJG) |
| WILLIE R. PITTMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MONEYGRAM INTERNATIONAL, INC., PHILIP W. MILNE, DAVID J. PARRIN and ANTHONY P. RYAN,<br><br>Defendants. | Civ. No. 08-1034 (DSD/JJG) |

## ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD PLAINTIFF, AND APPROVING SELECTION OF COUNSEL

The Court has considered the Motion of the Oklahoma Teachers'

Retirement System (sometimes referred to as "Oklahoma Teachers") for

Consolidation, Appointment as Lead Plaintiff, Approval of Selection of Lead and Local Counsel, and the Memorandum of Law and the Declaration of Karl L. Cambronne in support thereof.  There are no opposition submissions or competing memoranda before the Court.

1. The Actions, *City of Ann Arbor Employees' Retirement System v. MoneyGram International, Inc., et al.*, Civil No. 08-883 DSD/JJG; *Edward J. Goodman Life Income Trust v. MoneyGram International, Inc., et al.*, Civil No. 08-959 DSD/JJG; *Hussain v. MoneyGram International, Inc., et al.*, Civil No. 08-1026 DSD/JJG; and *Pittman v. MoneyGram International, et al.*, Civil No. 08-1034 DSD/JJG are hereby consolidated into one action under the case number 08 Civ 883, to be captioned *In re MoneyGram International, Inc. Securities Litigation*, in the District of Minnesota.  All future pleadings shall be filed in Case #08 Civ 883 only.

2. The Oklahoma Teachers' Retirement System is hereby appointed Lead Plaintiff for the class pursuant to Section 21D of the Securities Exchange Act of 1934.

3. The law firms of Nix, Patterson & Roach, L.L.P. and Chestnut & Cambronne, P.A. are hereby appointed Counsel, with OTRS' selection of the law firm of Nix, Patterson & Roach, L.L.P. appointed Lead Counsel.

4. Oklahoma Teachers shall on or before October 3, 2008 file its Consolidated Amended Complaint .

5.  Defendants shall respond to the Consolidated Amended Complaint on or before December 3, 2008.

IT IS SO ORDERED.

Dated:  July 22, 2008

                                        s/David S. Doty  
                                        DAVID S. DOTY  
                                        UNITED STATES DISTRICT JUDGE