## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| In re MoneyGram International, Inc.<br>Securities Litigation | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Consolidated Case No.:  Civ. No. 08-883 (DSD/JJG)

## MOTION TO DETERMINE THE SUFFICIENCY OF DEFENDANTS' ANSWERS TO LEAD PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION AND INTERROGATORIES TO DEFENDANTS

Plaintiffs, for the reasons set forth in the accompanying memorandum of law, respectfully move for the determination of the sufficiency of Defendants' answers to Lead Plaintiff's first set of requests for admission and interrogatories to Defendants.

Dated:  September 8, 2009

Respectfully Submitted,

**NIX, PATTERSON & ROACH, L.L.P.**

By: _____

Bradley E. Beckworth
bbeckworth@nixlawfirm.com
Jeffrey J. Angelovich
jangelovich@npraustin.com
Susan Whatley
susanwhatley@nixlawfirm.com
Brad E. Seidel
bradseidel@nixlawfirm.com
205 Linda Drive
Daingerfield, Texas 75638
(903) 645-7333
Fax (903) 645-4415

**LEAD COUNSEL**

**CHESTNUT & CAMBRONNE, P.A.**
Karl L. Cambronne, #14321
kcambronne@chestnutcambronne.com
Jeffrey D. Bores, #227699
jbores@chestnutcambronne.com
Jack L. Chestnut, #16378
jchestnut@chestnutcambronne.com
Bryan L. Bleichner, #0326689
bbleichner@chestnutcambronne.com
3700 Campbell Mithun Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 339-7300
Fax (612) 336-2940

**COUNSEL**