UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re MoneyGram International, Inc. ) Consolidated Case No.: Civ. No. 08-883
Securities Litigation ) (DSD/JJG)

## DECLARATION OF BRADLEY E. BECKWORTH

Bradley E. Beckworth, being first duly sworn under oath, deposes and states:

1. I am a member of Nix, Patterson & Roach, L.L.P., and Lead Counsel representing the Oklahoma Teachers' Retirement System. This Declaration is based upon my personal knowledge, and I am competent to testify thereto. I make this Declaration in support of Lead Plaintiff's Motion to Determine the Sufficiency of Defendants' Answers to Lead Plaintiff's First Set of Requests for Admission and Interrogatories to Defendants.

2. Attached hereto as Exhibit A is a true and correct copy of Defendant's Answers to Lead Plaintiff's First Set of Requests for Admission and Interrogatories to Defendants.

I declare under penalty of perjury under the laws of the United States of America, particularly 28 U.S.C. § 1746, that the foregoing is true and correct and that this Declaration was executed on the 8th day of September, 2009 in

Daingerfield, Texas.

Dated: September 8, 2009

_____
Bradley E. Beckworth