**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re MoneyGram International, Inc. Securities Litigation | Civ. No. 08-883 (DSD/JJG)<br><br>**MOTION TO COMPEL SUPPLEMENTAL INITIAL DISCLOSURES AND DISCOVERY RESPONSES** |

TO:  Lead Plaintiff, the Oklahoma Teachers' Retirement System, and its attorneys Karl L. Cambronne, Jeffrey D. Bores, Jack L. Chestnut, and Bryan L. Bleichner, Chestnut & Cambronne, P.A., 3700 Campbell Mithun Tower, 222 South Ninth Street, Minneapolis, MN 55402 and Bradley E. Beckworth, Jeffrey J. Angelovich, Susan Whatley, and Brad E. Seidel, Nix, Patterson & Roach, L.L.P, 205 Linda Drive, Daingerfield, TX 75638.

Defendants hereby move the Court for an Order granting their motion to compel supplemental initial disclosures and discovery responses.

This Motion is based upon the Notice of Motion, the Memorandum of Law in Support of the Motion, affidavits and exhibits, other evidence and records to be submitted, and the argument of counsel, together with all of the relevant files, records and proceedings herein.

Dated: September 22, 2009

**OPPENHEIMER WOLFF & DONNELLY LLP**

By: s/ Meghan M. Anzelc

| | |
|---|---:|
| Michael J. Bleck | # 8862 |
| Bret A. Puls | # 305157 |
| Meghan M. Anzelc | #386534 |
| Dennis Hansen | #386734 |
| Mark Schneebeck | #348922 |

3300 Plaza VII Building
45 South Seventh Street
Minneapolis, MN  55402
Telephone:  (612) 607-7000
Facsimile:  (612) 607-7100

**ATTORNEYS FOR DEFENDANTS**