# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re MoneyGram International, Inc. Securities Litigation | Consolidated Case No.: Civ. No. 08-883 (DSD/JJG) |

## LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT

Lead Plaintiff, Oklahoma Teachers' Retirement System ("OTRS"), by its undersigned counsel, hereby moves this Court for entry of an Order:

1. Preliminarily approving the proposed Settlement and the proposed plan of allocation;

2. Certifying a settlement class and appointing OTRS class representative and Nix, Patterson & Roach, LLP class counsel;

3. Approving the form and manner of notice proposed by Lead Plaintiff;

4. Appointing a notice and claims administrator;

5. Setting a hearing date for final approval of the Settlement and application for attorneys' fees and reimbursement of expenses; and

6. Barring, enjoining, and restraining Lead Plaintiff and all class members from commencing, prosecuting, continuing, or asserting in any forum, either directly or indirectly, on their own behalf or on behalf of any class or other person, any Settled Plaintiffs' Claims against any of the Released Persons.

Lead Plaintiff bases this motion on all of the records and files herein, including the memorandum of law and exhibits thereto, and submit herewith a proposed Order Preliminarily Approving Settlement, Directing Notice And Scheduling Hearing Date in connection with the settlement proceedings.

Dated:  March 9, 2010                    Respectfully Submitted,

                                                **NIX, PATTERSON & ROACH, L.L.P.**

                                                By: /s/  Bradley E. Beckworth
                                                    Bradley E. Beckworth
                                                    bbeckworth@nixlawfirm.com
                                                    Jeffrey J. Angelovich
                                                    jangelovich@npraustin.com
                                                    Susan Whatley
                                                    susanwhatley@nixlawfirm.com
                                                    Brad E. Seidel
                                                    bradseidel@nixlawfirm.com
                                                    205 Linda Drive
                                                    Daingerfield, Texas 75638
                                                    (903) 645-7333
                                                    Fax (903) 645-4415

                                                **LEAD COUNSEL**

3

**CHESTNUT CAMBRONNE PA**
Karl L. Cambronne, #14321
kcambronne@chestnutcambronne.com
Jeffrey D. Bores, #227699
jbores@chestnutcambronne.com
Jack L. Chestnut, #16378
jchestnut@chestnutcambronne.com
Bryan L. Bleichner, #0326689
bbleichner@chestnutcambronne.com
17 Washington Avenue North
Suite 300
Minneapolis, MN 55401
(612) 339-7300
Fax (612) 336-2940

**COUNSEL**